**Order filed April 17, 2020.**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-20-00282-CV
_____

### IN RE CELINA JEAN HARP, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**345th District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-AG-15-002375**

---

## ORDER

On April 15, 2020, relator Celina Jean Harp, filed a petition for writ of mandamus and an appendix in this court. Texas Rule of Appellate Procedure 9.9 prohibits the filing of documents containing sensitive data, including a birth date, home address, and the name of any person who was a minor when the underlying

suit was filed. *See* Tex. R. App. 9.9. Relator's appendix discloses prohibited sensitive data. *See* reporter's record and exhibits in the appendix.

We strike relator's petition and appendix and **ORDER** relator to file an amended petition and appendix, with any sensitive data redacted, that complies with Texas Rule of Appellate Procedure 9.9 by April 22, 2020. All future filings by any party must comply with Texas Rule of Appellate Procedure 9.9 or are subject to being stricken.

PER CURIAM

Panel consists of Justices Wise, Jewell and Poissant.